# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-3902

Stacy Winters

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the District of South Dakota - Rapid City
(5:16-cv-05052-LLP)
_____

**MANDATE**

In accordance with the judgment of 07/26/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 17, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit